# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

September 8, 2014

**Via CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 9A
New York, NY 10007

        Re:    **Hirsch v. Hearth Restaurant Investors, LLC**
                Case No.: 1:14-cv-05877-GHW

Dear Judge Woods:

        The undersigned represents the Plaintiff in the above-captioned case matter.

        This is an enforcement action pursuant to the ADA and similar state and local statutes. We have sent the Complaint to be served, and there has been no appearance of either Defendants' counsel.

        The Initial Pre-Trial Conference in this matter is currently scheduled for September 29, 2014, at 3:30 p.m., in your Courtroom. This is the first scheduled date for this Conference, and the first request for adjournment, since counsel for Defendants have not yet appeared or filed an answer. As such, no opposing counsel are available with whom to confer in this matter. Furthermore, the undersigned will be out-of-the-country in Israel, for the upcoming Jewish Holidays, and therefore, it is respectfully requested that this Conference be reset to a date sometime during the fourth or fifth weeks of October, when undersigned counsel will return, or anytime in November at the Court's convenience.

        Thank you for your attention to this matter.

                                  Yours very truly,

                                  By: /S/ B. Bradley Weitz
                                      B. Bradley Weitz, Esq. (BW 9365)
                                      THE WEITZ LAW FIRM, P.A.
                                      Attorney for Plaintiff
                                      Bank of America Building
                                      18305 Biscayne Blvd., Suite 214
                                      Aventura, Florida 33160
                                      Telephone: (305) 949-7777
                                      Facsimile: (305) 704-3877
                                      Email: bbw@weitzfirm.com